

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
(Baltimore Division)

| | |
|---|---|
| In re: | * |
| | * |
| HARRY D. HERSHEY, JR. | *   Case No. 08-22340NVA |
| REGINA HERSHEY | *   Chapter 7 |
| Debtors | * |

* * * * * * * * * * * * * *

**MEMORANDUM TO DEBTORS AND DEBTORS' COUNSEL REGARDING REAFFIRMATION AGREEMENT**

A presumption of undue hardship arises in the above captioned reaffirmation agreement pursuant to 11 U.S.C.§ 524(m)(1) and the Debtors have failed to sufficiently rebut in writing that presumption because Part D of the reaffirmation agreement is significantly different when compared to Schedules I and J. The Debtors shall file an amended reaffirmation agreement setting forth specific facts that suffice to meet the requirements of 11 U.S.C. §524(m)(1). If the Debtors fail to file an amended reaffirmation agreement within 14 days, then a hearing on the instant reaffirmation agreement will be needed.

cc:  Harry D. Hershey, Jr., Debtor
     Regina Hershey, Debtor
     Nicholas J. DelPizzo, III
     Marc H. Baer, Trustee

**END OF ORDER**